## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                              CHAPTER 11

**ST. LAWRENCE HOMES, INC. ,**                      **CASE NO.  09-00775-8-ATS**

      **Debtor.**

## MOTION FOR APPROVAL OF REJECTION
## OF PRE-PETITION CONTRACTS

NOW COMES St. Lawrence Homes, Inc., Debtor-in-Possession herein ("Debtor"), and moves for an order authorizing it to reject all of its pre-petition existing contracts with contractors/sub-contractors, materialmen, suppliers and others performing services related to its real property.  In support of this Motion, the Debtor states as follows:

1.      St. Lawrence Homes, Inc. filed a Chapter 11 on February 2, 2009 and has operated as a Debtor-in-Possession since that date.

2.      This court has jurisdiction over this matter pursuant to 28 U.S.C. §§1334 and 157, and the Standing Order of Reference of the United Stated Bankruptcy Court for the Eastern District Court, dated August 3, 1984.

3.      The Debtor is a residential real estate builder in Ohio and North Carolina.

4.      As a builder of residential homes, the Debtor entered into many various formal, informal, written and oral contracts with contractors, sub-contractors, materialmen, suppliers and others ("Contractors and Suppliers") for the improvement of and construction of its real property prior to the filing of its Petition.  Many of these Contractors and Suppliers remained unpaid for some or all of their services rendered and materials supplied to the Debtor.  Some of the Contractors and Suppliers filed materialmen liens against the Debtor's property for monies owed to them pre-petition by the Debtor, but some have not.

5.      The Debtor has entered into or will enter into arrangements with lenders to complete the construction of its homes post-petition.  The Debtor intends to employ as many of its pre-petition Contractors and Suppliers as it is able to complete this construction under new contracts.  However, the Debtor does not wish to unintentionally "refresh" lien rights which would by operation of law expire as to Contractors and Suppliers who had not timely filed materialmen liens for their pre-petition indebtedness, or to increase the amount of lien claims for perfected lien rights on work previously performed on the houses prepetition.

6.    The Debtor has consulted with its title insurance company and has been advised that the rejection of all pre-petition contracts and its entry into new contracts with Contractors and Suppliers would enable the title insurance company to insure the sale of homes on which additional work is to be performed under the new contracts.

7.    Allowance of this Motion is in the best interest of the Debtor and its creditors because will enable the debtor to complete construction of its homes, obtain title insurance and increase the possibility of distributions to unsecured creditors.

WHEREFORE, the Debtor respectfully requests that it be authorized to reject all contracts with its pre-petition Contractors and Suppliers.

This the 8th day of June, 2009.

*s/Stephani W. Humrickhouse*
Stephani W. Humrickhouse
State Bar #9528
Gregory B. Crampton
State Bar #991
Attorneys for Debtor
NICHOLLS & CRAMPTON, P.A.
Post Office Box 18237
Raleigh, North Carolina  27619
Telephone:  919-781-1311

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing MOTION FOR APPROVAL OF REJECTION OF PRE-PETITION CONTRACTS was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

<u>VIA CM/ECF SERVICE</u>

Mrs. Marjorie K. Lynch
Bankruptcy Administrator
P.O. Box 3758
Wilson, NC 27895-3758

Fenton Robert Ohmann
St. Lawrence Homes, Inc.
7200 Falls of Neuse Road, Suite 300
Raleigh, NC 27615

Amos U. Priester, IV
Anna B. Osterhout
Smith, Anderson, Blount, Dorsett,
   Mitchell & Jernigan, L.L.P.
**Attorneys for Unsecured Creditor's
Committee**
P. O. Box 2611
Raleigh, NC 27602-2611

Stephen B. Brown
Investor's Title
P.O. Box 2687
Chapel Hill, NC  27515

**RBC Bank - Builder Finance**
Attn:  Managing Agent
P.O. Drawer 421369
Houston, TX 77242-1369

Julia R. Wicker
SZD Wicker
**Attorney for RBC Bank**
150 Fayetteville Street, Suite 1270
Raleigh, NC 27601

**Fifth Third Bank**
Attn:  Managing Agent
38 Fountain Square Plaza
MD: 109051
Cincinnati, OH 45263

William B. Fecher
Statman, Harris, & Eyrich, LLC
**Attorney for Fifth Third Bank**
3700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202

**Wachovia Bank**
Attn:  Managing Agent
Commercial Loan Services
P.O. Box 2715
Winston Salem, NC 27102-2715

Terri L. Gardner
Nelson Mullins
**Attorney for Wachovia Bank**
4140 Parklake Avenue
Raleigh, NC  27612

**Capital Bank**
Attn:  Managing Agent
P.O. Box 18949
Raleigh, NC 27619-8949

Paul A. Fanning
Ward & Smith, P.A.
**Attorney for Capital Bank**
P.O. Box 8088
Greenville, NC 27835-8088

**Regions Bank**
Attn:  Managing Agent
Commercial Loan Processing Ctr
3700 Glenwood Avenue
Birmingham, AL 35246

Julie Barker Pape, Esquire
Womble Carlyle Sandridge & Rice, PLLC
**Attorney for Regions Bank**
One West Fourth Street
Winston-Salem, NC 27101

**SunTrust Bank**
Mail Code NC-Raleigh-2229
8521 Six Forks Rd., Suite 250
Raleigh, NC 27615

Holmes P. Harden
Williams Mullen
**Attorney for SunTrust Bank**
P.O. Drawer 19764
Raleigh, NC 27619-9764

**Gateway Bank & Trust**
Attn:  Managing Agent
112 Corporate Drive
Elizabeth City, NC 27909

David M. Warren
Poyner & Spruill, LLP
**Attorney for Gateway Bank & Trust Co.**
P.O. Box 1801
Raleigh, NC  27602

**M&I Marshall and Isley Bank**
Attn:  Managing Agent
P.O. Box 3114
Milwaukee, WI 53201-3114

Charles N. Anderson
George F. Sanderson, III
Ellis & Winters, LLP
**Attorneys for M&I**
P.O. Box 33550
Raleigh, NC 27615

**TierOne Bank**
Attn:  Managing Agent
P.O. Box 2369
Omaha, NE 68103-2369

Walter W. Pitt, Jr.
Daniel C. Bruton
**Attorneys for Tier One Bank**
P.O. Box 21029
Winston-Salem, NC 27120-1029

This the 8th day of June, 2009.

_s/Jennifer H. Davison_
Jennifer H. Davison
Paralegal

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:                                                    CHAPTER 11

ST. LAWRENCE HOMES, INC. ,                               CASE NO.  09-00775-8-ATS

        Debtor.

**NOTICE OF MOTION**

      NOTICE IS HEREBY GIVEN of the MOTION FOR APPROVAL OF REJECTION OF PRE-PETITION CONTRACTS filed simultaneously herewith by the Debtor in the above-referenced case, seeking the entry of an Order authorizing rejection of all its pre-petition existing contracts with contractors/sub-contractors, materialmen, suppliers and others performing services related to its real property.  The Debtor will enter into new contracts with its contractors and suppliers who furnish labor and supplies post-petition.

      FURTHER NOTICE IS HEREBY GIVEN that if you fail to respond or otherwise plead or request a hearing within FIFTEEN (15) DAYS of the date of this Notice, the Motion may be granted without further hearing or notice; and

      FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed within the time indicated, a hearing will be conducted on the Motion and response thereto at a date, time and a place to be later set by this Court and all interested parties will be notified accordingly.  If no request for a hearing is timely filed, the court may rule on the Motion and response thereto *ex parte* without further notice.

      DATE OF NOTICE:  June 8, 2009

                          *s/Stephani W. Humrickhouse*
                          Stephani W. Humrickhouse, State Bar #9528
                          Gregory B. Crampton, State Bar #991
                          Attorneys for Debtor
                          NICHOLLS & CRAMPTON, P.A.
                          Post Office Box 18237
                          Raleigh, NC  27619
                          Telephone:  919-781-1311

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

IN RE:                                                          CHAPTER 11

**ST. LAWRENCE HOMES, INC. ,**                   CASE NO.  09-00775-8-ATS

       **Debtor.**

**CERTIFICATE OF MAILING**

     I, Jennifer H. Davison, certify that on the 8th day of June, 2009, I mailed copies of the NOTICE OF MOTION regarding the MOTION FOR APPROVAL OF REJECTION OF PRE-PETITION CONTRACTS to each creditor appearing in this case file as shown on the attached mailing matrix, by placing said copies in a depository of the United States Mail, postage prepaid.

     I certify under penalty of perjury that the foregoing is true and correct.

This 8th day of June, 2009.

                             *s/Jennifer H. Davison*
                             Jennifer H. Davison, Paralegal
                             NICHOLLS & CRAMPTON, P.A.
                             Post Office Box 18237
                             Raleigh, North Carolina  27619
                             Telephone:  919-781-1311

*O:\CH11 DEB\A-St Lawrence Homes\ContractsPrepetRejectMot.wpd*

A.E. Door Sales & Service Inc
1260 West Sharon Road
Cincinnati, OH 45240-2945

AAA Commercial, Inc.
2626 Sharon Road
Charlotte, NC 28211-1608

ADP - Automatic Data Processing
Attn: Managing Agent
400 W Covina Blvd.
San Dimas, CA 91773-2976

AFNI/Verizon
404 Brock Drive
Bloomington, IL 61701-2654

AG Johnson Drywall Co
404 Railroad Rd
Benson, NC 27504-9248

AIRE1, LLC
P.O. Box 872
Matthews, NC 28106-0872

ARS OF DURHAM
5200 OLD CHAPEL HILL ROAD
DURHAM, NC 27707-5204

ARS Service Express
200 N. Green Meadows Drive
Suite A
Wilmington, NC 28405-4713

ASAP Office Supply, Inc.
PO Box 58596
Suite 115
Raleigh, NC 27658-8596

ASAP Plumbing Inc.
1120 Bluegrass Road
Selma, NC 27576-8258

AT&T
PO Box 70529
Charlotte, NC 28272-0529

ATCOM
P.O. Box 13476
RTP, NC 27709-3476

ATMC
P. O. Box 3198
Shallotte, NC 28459-3198

Abena & Kwadjo Bediako
3230 Myra Street, Apt E
Durham, NC 27707-3662

Ace Vinyl Siding
Jung Sung Park
5609 Rushsprings Ct.
Raleigh, NC 27617-4626

Adam & Angela Sutton
7205 Lenado Drive
Willow Springs, NC 27592-8782

Advanced Solutions
1901 Eastpoint Pkwy
Louisville, KY 40223-4145

Agustin Ortiz G Framing
2250 Glover Rd.
Durham, NC 27703-6033

Air Quality Sciences
P. O. Box 3452
Wilmington, NC 28406-0452

Airgas National Welders
PO Box 31007
Charlotte, NC 28231-1007

Alan Pavlosky
PO Box 16893
Chapel Hill NC 27516-6893

Alan Pavlosky
2315 Navarro Drive
Claremont, CA 91711-1761

Albert & Debra Ryan
54 E 58th St.
Brooklyn, NY 11203-3714

All My Sons Moving & Storage
7417 A.C.C. Blvd
Raleigh, NC 27617-8406

All My Sons Moving & Storage
6901-B Northpark Blvd
Charlotte, NC 28216-2451

All-Max Plumbing
2028 Production Drive
Apex, NC 27539-6348

Alltel Mobile
PO Box 96019
Charlotte, NC 28296-0019

Alpha & Omega Construction Co
P.O. Box 3196
Matthews, NC 28106-3196

Alpha & Omega Construction Co.
c/o William L. Ellison
P.O. Box 2270
Davidson, NC 28036-5270

American Hydro Services, Inc
P.O. Box 907
Rockwell, NC 28138-0907

American Residential Svcs, LLC
517 Pylon Drive
Raleigh, NC 27606-1414

Andrew Staub
1521 Main Divide Drive
Wake Forest, NC 27587-6194

Apex Cabinet Supply Co.,Inc.
Hwy 64  PO Box 141
Apex, NC 27502-0141

Arevalo, Inc.
6113 Clarks Fork Dr.
Raleigh, NC 27616-5823

Arnoff, Rosen & Hunt
425 Walnut Street, Suite 2200
Cincinnati, OH 45202-3954

Artisan Signs & Graphics
18335 Old Statesville Road
Cornelius, NC 28031-9013

Atlantic Audio Visual Designs
1102 Sheffield Drive
Wilmington, NC 28411-7022

Atlantic Coast Cabinet Inc
P.O. Box  1257
Youngsville, NC 27596-1257

Atlantic Whirlpools
8721 Glenwood Ave
Raleigh, NC 27617-7421

Aviation Management Group, In
P.O. Box 90336
Raleigh, NC 27675-0336

B & B Paving Company Inc.
P.O. Box 90578
Raleigh, NC 27675-0578

B & B Paving Company, Inc.
5836 Family Farm Road
Morrisville, NC 27560-8686

BLACKBURN PROFESSIONAL GROUP
PO BOX 170
MORRISVILLE, NC 27560-0170

BLAKE DISTRIBUTORS INC.
160 DON MOOR CT.
GARNER, NC 27529-2500

BRUNSWICK COUNTY REVENUE
DEPT.
ATTN: MIKE CULPEPPER
PO BOX 29
BOLIVIA, NC 28422-0029

Bait Shop, Inc.
P.O. Box 309
Zebulon, NC 27597-0309

Baker Roofing Co.
P.O. Box 26057
Raleigh, NC 27611-6057

Baker Roofing Company
Grayson R. Russell, Attorney-at-Law
Po Box 19001
Raleigh, NC 27619-9001

Bank of America
P.O. Box 37279
Baltimore, MD 21297-3279

Barefoot & Co., Inc.
PO Box 957
Matthews, NC 28106-0957

Basco Manufacturing Co.
Location 0504
Cincinnati, OH 45264-0504

Bass Nixon & Kennedy Inc.
6310 Chapel Hill Rd. Suite250
Raleigh, NC 27607-4244

Bell Drywall
Ed Bl
2126-D Hwy 54
Graham, NC 27253

Benchmark Builder Marketing
dba Benchmark
P.O. Box 18088
Raleigh, NC 27619-8088

Best Under Pressure, Inc.
P.O. Box 943
Huntersville, NC 28070-0943

Bittle & Bowden Plumbing, Inc
1301 Fairway Drive
Clayton, NC 27520-8614

Bowling Green Associates, LLC
833 A. Wake Forest Business Park
Wake Forest NC 27587-6518

Bowling Green HOA
5821 Falls of Neuse Road
Raleigh, NC 27609-4043

Brandco,Inc.
Mark Brandenburg
P.O. Box 90005
Raleigh, NC 27675-0005

Brenda & Thornell Dumas
766 Jackson Street
Cincinnati, OH 45215-1639

Brenda Dumas
c/o Joseph M. Luken
UAW Legal Services Plans
4010 Executive Park Dr., Suite #225
Cincinnati, OH 45241-4010

Brian & Christina Smith
4534 Astonboro Drive
Charlotte, NC 28216-5623

Brinks Home Security Install
PO Box 951024
Dallas, TX 75395-1024

Brinks Home Security, Inc.
P.O. Box 951024
Dallas, TX 75395-1024

Brunswick County Public
Utilities
PO Box 580383
Charlotte, NC 28258-0383

Brunswick County Public Utilities
Po Box 469
Bolivia, NC 28422-0469

Brunswick County Revenue Dept.
P.O. Box 580335
Charlotte, NC 28231

Brunswick Electric Membership
Mail Processing Center
P. O. Box 580348
Charlotte, NC 28258-0348

Bud's Landscaping, Inc.
c/o Paige C. Kurtz
Sprouse & Kurtz, PLLC
3109 Poplarwood Ct., Ste. 115
Raleigh, NC 27604-1043

Budget Courier Service, Inc.
905-D Fifthe Avenue
Garner, NC 27529

Buds Landscaping, Inc.
5228 Old Millburnie Rd.
Wendell, NC 27591-7887

Butler County DES
P.O. Box 778
Hamilton, OH 45012-0778

CB Richard Ellis
P.O. Box 6076
Hicksville, NY 11802-6076

CDW Corporation
C/O Receivable Management Services
PO Box 5126
Timonium, Maryland 21094-5126

CDW Direct, LLC
PO Box 75723
Chicago IL 60675-5723

CONCRETE SOLUTIONS OF RALEIGH
213 Linton Banks Place
Cary, NC 27513-2053

CUSTOM OVERHEAD DOORS
PO BOX 18632
Raleigh, NC 27619-8632

Cabarrus County Tax Collector
P.O. Box 580347
Charlotte, NC 28258-0347

Calvin Garrett
1002 Park Glen Place
Durham, NC 27713-8998

Capital Bank
P.O. Box 18949
Raleigh, NC 27619-8949

Capital Bank
Attn: Mr. Greg Farmer
Special Assets Officer
333 Fayetteville Street, Suite 400
Raleigh, NC 27601-1570

Capital Sports
PO Box 601216
Charlotte NC 28260-1216

Capitol Radio Network, Inc.
dba Wolfpack Sports Marketing
c/o Patsy A. Cook, attorney
P.O. Box 19866
Raleigh, NC 27619-9866

Capitol Radio Network, Inc. d/b/a
Wolfpack / William M. Black, Jr. Attorneys
c/o Patsy A. Cook
P.O. Box 19866
Raleigh, NC 27619-9866

Cardinal Moving & Storage
P.O. Box 419
Wilmington, NC 28402-0419

Carmel Brothers
13663 Providence Rd. Suite 391
Matthews, NC 28104-9373

Carolina Hurricanes Hockey
Hockey Club
1400 Edwards Mill Road
Raleigh, NC 27607-3624

Carolina Landscaping
Lincoln Morton
339 River Rd.
Fuquay-Varina, NC 27526-6551

Carolina Mail Boxes, Inc
14201 South Lakes Dr.
Suite A
Charlotte, NC 28273-7708

Carolina Site Works
4341 Charlotte Hwy. Unit 202
Lake Wylie, SC 29710-7062

Cassidy Builders, Inc.
2222 Mecklenburg Ave.
Charlotte, NC 28205-3145

Centrex Properties, Inc.
P.O. Box 30669
Raleigh, NC 27622-0669

Century 21
Hecht Realty, Inc.
388 N. Hwy 16 Suite B
Denver, NC 28037-8012

Century 21 American Homes
2258 Hwy 70 SE
Suite 201
Hickory, NC 28602-5191

Certified Grounds Mgmt, Inc.
PO Box 671
Huntersville, NC 28070-0671

Chad Darden
Bones Boom Service
1017 Sabal Drive
Wilmington, NC 28409-4462

Chandler Concrete
P.O. Box 131
Burlington, NC 27216-0131

Charles L. DuPree dba
DuPree Plumbing Co
94 Stancil Drive
Angier, NC 27501-7980

Charles Mitchell
P.O. Box 1265
Knightdale, NC 27545-1265

Charles Mitchell & Anthony B. Perry, Jr.
C/O Bradford Law Offices
6512 Six Forks Road, Suite 304
Raleigh, NC 27615-6561

Charlotte Knights Baseball, LLC
2280 Deerfield Drive
Fort Mill SC 29715-6941

Charlotte Lanehart Electric
1607 RR 620 North
Suite 900
Austin, TX 78734-2798

Christian & Associates
dba Colorgraphics
1500 Capital Blvd.
Raleigh, NC 27603-1122

Christopher & Renee Goings
4505 Alder Ridge Rd.
Wilmington, NC 28412-7685

Cincinnati Bell
P.O. Box 748003
Cincinnati, OH 45274-8003

Citibank South Dakota NA
DBA
4740 121st St
Urbandale, IA 50323-2402

City Wide Services
P.O. Box 378
Seven Mile, OH 45062-0378

City of Charlotte
Revenue Finance
PO Box 31032
Charlotte, NC 28231-1032

City of Charlotte
Billing Center
600 East 4th Street
Charlotte, NC 28250-0001

City of Concord
Po Box 308
Concord, NC 28026-0308

City of Concord
P.O. Box 580469
Charlotte, NC 28258-0469

City of Concord Tax Collector
P.O. Box 580473
Charlotte, NC 28258-0473

City of Creedmoor
Water Dept.
P.O. Box 765
Creedmoor, NC 27522-0765

City of Durham
Dept. of Finance
P.O. Box 591
Durham, NC 27702-0591

City of Durham Utility Service
City of Durham, Finance Dept
P.O. Box 30040
Durham, NC 27702-3040

City of Fairfield
P.O. Box 94883
Cleveland, OH 44101-4883

City of Raleigh
c/o City Attorney
P.O. Box 590
Raleigh, NC 27602-0590

City of Raleigh
P.O. Box 96084
Charlotte, NC 28296-0084

Citywide Courier Services
1409 East Blvd. Ste. 1-E
Charlotte, NC 28203-5817

Clifton & Tiffanie White
2804 Disco Lane, Lot #141
Raleigh, NC 27610-4767

ClubWorx
c/o Scott Dalby
100 S. Fitness Drive
Fuquay Varina, NC 27526-7263

Coahuila Company Inc.
100 Fawn Dr.
Wake Forest, NC 27587-9717

Coastal Pressure Cleaning, Inc
211 Royal Fern Road
Wilmington, NC 28412-3260

Coleman Floor Company
1930 N. Thoreau Drive
Suite 100
Schaumburg, IL 60173-4179

Coleman Supply Co.
1024 South Kerr
Wilmington, NC 28403-4313

Coleman Supply Company
c/o Wessell & Raney, L.L.P.
P.O. Box 1049
Wilmington, NC 28402-1049

Colonial Materials, Inc.
P.O. Box 681627
Charlotte, NC 28216-0029

Combs Construction Co., Inc.
PO Box 2937
Huntersville, NC 28070-2937

Comer-Harkey Steel Corp.
P.O. Box 669
Indian Trail, NC 28079-0669

Commercial Marble & Tile, LTD
5500 Atlantic Springs Road
Suite 101
Raleigh, NC 27616-1856

Commercial Marble & Tile, LTD.
5500 Atlantic Springs Road, Suite 100
Raleigh, NC 27616-1856

Commercial Printing Inc.
P.O. Box 2319
Raleigh, NC 27602-2319

Concrete Professionals Grp LLC
P.O. Box 40
Moncure, NC 27559-0040

Conder Flag Company
4705 Dwight Evans Road
Charlotte, NC 28217-0906

Consumer Source, Inc.
P.O. Box 402035
Atlanta, GA 30384-2035

Controlled Sites, LLC
P.O. Box 721
Clover, SC 29710-0721

Cornerstone Residential Design
1908 Eastwood Road, #283
Wilmington, NC 28403-7235

Craig Jarvis
928 Two Notch Road
Aiken SC 29803-5180

Crater Co. Flooring
Shannon Crater
3108 Gait Way
Chapel Hill, NC 27516-7604

Creative Cleaning
Ormond G Conklin Jr dba
P.O. Box 419
Rocky Point, NC 28457-0419

Crystal Jones
dba Crystal Clean
P.O. Box 4911
Rock Hill, SC 29732-6911

D.B. Harris & Sons Landscape
265 Harris Farm Drive
Franklinton, NC 27525

DE Haven's Transfer & Storage
of Charlotte, Inc.
2213 Distribution Center Dr., Ste. L
Charlotte NC 28269-4270

DMiller & Associates, PA
8504 Six Forks Rd
Ste 101
Raleigh, NC 27615-3262

DRB Services
617 E. 9th St.
Newport, KY 41071-2258

DTW Construction Services, LL
C 13818 Walkers Creek Dr.
Charlotte, NC 28273-6825

Darlene Lynch
dba DL Cleaning
P.O. Box 177
Woodleaf, NC 27054-0177

Davey Tree Expert Co.
6065 Branch Hill Guinea Pike
Milford, OH 45150-2219

Davey Tree Expert Co.
6039 McDaniel Lane
Charlotte, NC 28213-6399

De Lage Landen
Ref No. 000000000448079
P. O. Box 41601
Philadelpia, PA 19101-1601

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087-1453

DeWitt Real Estate Services
PO Box 17566
Raleigh, NC 27619-7566

Debris Removal Partners, LLC
3209 Gresham Lake Rd. Suite 11
Raleigh, NC 27615-3757

Debris Removal Partners, LLC
3209 Gresham Lake Road
Suite 114-115
Raleigh, NC 27615-3757

Decorative Concrete Coatings
242 -A Ann St. NW
Concord, NC 28025-4992

Dell Financial Services
Payment Processing Center
4307 Collection Center Dr
Chicago, IL 60693-0043

Design & Construction
Resources
P.O. Box 52470
Irvine, CA 92619-2470

Design Center Carolinas, LLC
c/o Ram Realty Services
4801 PGA Blvd.
Palm Beach Gardens, FL 33418-3941

Diamond Springs
PO Box 667887
Charlotte, NC 28266-7887

Dillard Electric Inc.
106 Quinter Farm Rd.
Union, OH 45322-9705

Dimensionetix, Inc.
1040 Corporation Parkway, Ste 111
Raleigh, NC 27610

Dixie Sporting Goods
PO Box 11534
Richmond, VA  23230-1534

Dodson Pest Control
P. O. Box 3607
Wilmington, NC 28406-0607

Doggett Concrete Construction
1425 Cressida Drive
Charlotte, NC 28210-5683

Dominion Healthcare Services, Inc.
Attn: Janice Little
238 West Millbrook Road
Raleigh, NC 27609-4304

Doughty Landscape Contruction
1260 Mann's Chapel Rd.
Pittsboro, NC 27312-7029

Douglas & Yvonne Anderson
4 Lady Astor Ct.
Durham, NC 27712-2495

Down Home Construction, LLC
13382 Cleveland Rd.
Garner, NC 27529-7928

Duke Energy
P.O. Box 9001076
Louisville, KY 40290-1076

Duke Energy
P.O. Box 70516
Charlotte, NC 28272-0516

Duke Energy Carolinas
PO Box 1006
EC03T
Charlotte, NC 28201-1006

Duke Energy Ohio
139 E. 4th Street
Cincinnati, OH 45202-4034

Duncan-Parnell, Inc.
PO Box 35649
Charlotte, NC 28235-5649

Dunning Capital, LLC
6387 Falls of Neuse Road, Ste., 206
Raleigh NC 27615

Durham Bulls Baseball Club Inc
P.O. Box 601329
Charlotte, NC 28260-1329

Durham City/Co. Tax Collector
P.O. Box 30090
Durham, NC 27702-3090

Durham City/County Tax Collector
PO Box 3397
Durham, NC 27702-3397

Duron Paints and Wallcoverings
3434 Kildaire Farm Rd.
Suite 210
Cary, NC 27518-2275

E. J. Kidd, Inc.
2620 Discovery Drive
Raleigh, NC 27616-1817

E.P.M. Inc. Lawn Care
P.O. BOX  1207
Cary, NC 27512-1207

ECO TURF, INC.
P.O. Box 91505
Raleigh, NC 27675-1505

Eagle Framers, Inc.
3718 Millstone Rd.
Hurdle Mills, NC 27541-7415

Eastern Plumbing of Wilmington
313 Walnut Street
Wilmington, NC 28401-4067

Eastwind Cove HOA
c/o AMS
PO Box 38809
Charlotte NC 28278-1014

Eco Turf, Inc.
c/o Patsy A. Cook, Attorney
P.O. Box 19866
Raleigh, NC 27619-9866

Ed Connell
dba Step By Step Landscaping
420 Sternbridge Drive
Concord, NC 28025-6921

Ed Kassa
dba Thee Tree Man
P.O. Box 27092
Raleigh, NC 27611-7092

Edward Vock
19458 Manchester Drive
Mokena IL 60448-7811

Edwards Contracting
Construction Inc.
301 Clark Blvd
Charlotte, NC 28262-3350

Element Stairs
2112 N. Davidson St.
Charlotte, NC 28205-1828

Elizabeth Ohmann Realty, Inc.
6940 Bowman Dairy Road
Liberty, NC 27298-9141

Ellington Contractors, Inc.
c/o Bruce Hamilton
Ellington Paving, Inc
5110 Unicon Dr.
Wake Forest, NC 27587-7798

Ellington Paving, Inc.
Attn: Bruce Hamilton
5110 Unicon Drive
Wake Forest, NC 27587-7798

Ellington-Brim Chevrolet,Inc
P.O. Box 367
Creedmoor, NC 27522-0367

Embarq
PO Box 7971
Shawnee Mission, KS 66207-0971

Embarq
P. O. Box 96064
Charlotte, NC 28296-0064

Employment Security Commission
PO Box 26504
Raleigh, NC 27611-6504

Energy Insulation
154 Old Ferry Road
Sneads Ferry, NC 28460-6650

Energy United
PO Box 1831
Statesville, NC 28687-1831

Enviro Tech Assessments, Inc.
Real Estate Services Team
9313-B Monroe Rd., Suite B
Charlotte, NC 28270-1442

Enviroclean of Carolinas, Inc
P.O. Box 276
Holly Springs, NC 27540-0276

Erosion Control Services, Inc
4006 Van Dyke Ct.
Monroe, NC 28110-8088

Etheridge Pest Services, Inc.
3421 Song Sparrow Drive
Wake Forest, NC 27587-4854

Eugenio Diaz
473 Pheasant Ct.
Wilmington, NC 28403-2863

Evans Plumbing, Inc.
102 Sigma Drive
Garner, NC 27529-8542

Everest Construction
109 Grosvenor Drive
Raleigh, NC 27615-2045

Everest Construction, Inc.
c/o Joseph N. Callaway, Chapter 7 Trustee
P. O. Box 7100
Rocky Mount, NC  27804-0100

Fallin Contracting & Trim
201 East Pointe Road
Rocky Point, NC 28457-7501

Fallstar Properties, LLC
Attn:  Russell Gay
9208 Falls Neuse Rd.  Ste 111
Raleigh, NC 27615-2438

Fast & Lite, Inc.
c/o Victor Thomas
3502 Hayes Rd.
Monroe, NC 28110-7903

Faye Block
PO Drawer 1867
Fayetteville, NC 28302-1867

Fenton Robert Ohmann
12012 Six Forks Road
Raleigh, NC 27614-9139

Ferguson Enterprises, Inc
FEI #34
P.O. Box 100286
Atlanta, GA 30384-0286

Ferguson Enterprises, Inc.
2700-A Yonkers Rd.
Raleigh, NC 27604-3229

Ferguson Enterprises, Inc. of VA
d/b/a Ferguson Enterprises, Inc.
5025 Sunset Road
Charlotte, NC 28269-2748

Ferguson Enterprises, Inc. of VA
d/b/a Ferguson Enterprises, Inc.
1925 Dawson Street
Wilmington, NC 28403-2330

Final Touch Painting & Drywall
9250 Wardwood Dr.
Cincinnati, OH 45251-2544

Fireside Hearth
PO Box 277703
Atlanta, GA 30384-7703

First Citizens Bank
Attn: Managing Agent
3231 Edwards Mill Rd.
Raleigh, NC 27612-5367

Frank & Linda Watts
4235 Castle Hayne Road
Castle Hayne, NC 28429-5213

G&G Turf and Irrigation
1230 Still Forest Court
Gastonia, NC 28056-6607

GEN CONSTRUCTION
3501 OATES DR
Raleigh, NC 27604-3734

GMA Supply
119 Thomas Mill Road
Holly Springs, NC 27540-9320

GMAC
PO Box 9001951
Louisville, KY 40290-1951

GMAC
PO Box 130424
Roseville, MN 55113-0004

Gale Force Sports & Entertainment, L.L.C.
c/o William Traurig
1400 Edwards Mill Road
Raleigh, NC 27607-3624

Gateway Acceptance Co.
Payment Processing Center
P.O. Box 4053
Concord, CA 94524-4053

Gateway Bank & Trust
112 Corporate Drive
Elizabeth City, NC 27909-7027

Gateway Bank & Trust Co.
c/o David M. Warren
Poyner Spruill LLP
P. O. Box 1801
Raleigh, NC 27602-1801

Gatza Marble Products
121 R-S Access Road
Cherryville, NC 28021-8417

GeoTechnologies, Inc.
3200 Wellington Ct.
Suite 108
Raleigh, NC 27615-4135

Goodwin Crossings, LLC
C/O Bradford Law Offices
6512 Six Forks Road, Suite 304
Raleigh, NC 27615-6561

Grand Entrance, Inc.
P.O. Box 1446
Fuquay Varina, NC 27526-1446

Granville Co. Tax Office
P.O. Box 219
Oxford, NC 27565-0219

Greater Cincinnati Water Works
P.O. Box 742505
Cincinnati, OH 45274-2505

Greenwood & Charles, Inc.
1451-A Trade Mart Blvd.
Winston-Salem, NC 27127-5696

Griffin Tile & Marble, Inc.
11128 Business Lane
Mint Hill, NC 28227-6911

HBA of Raleigh-Wake Cty
5580 Centerview Dr.
Ste 115
Raleigh, NC 27606-4599

HKS CONSTRUCTION INC.
606 CREECH RD.
GARNER, NC 27529-2912

HRW, Inc.
3815 Barrett Drive
Raleigh, NC 27609-7214

Hailey's Office Machines
PO Box 516
Cornelius, NC 28031-0516

Hamilton-Fairfield-Oxford
Board of Realtors
1251 Nilles Rd, Ste 11
Fairfield, OH 45014-7205

Hanson Aggregates Carolina,Inc
23582 Network Place
Chicago, IL 60673-1235

Harris Landscaping
265 Harris Farm Drive
Franklinton, NC 27525

Hasler, Inc.
P.O. Box 45850
San Francisco, CA 94145-0850

Hawthorne Management Company
Po Box 11906
Charlotte, NC 28220-1906

Hearth Technologies, Inc.
Fireside Hearth and Home
P.O. Box 277703
Atlanta, GA 30384-7703

Heckman's Grading Services, Inc.
642 Donlee Drive
Durham, NC 27712-3424

Helium Express
PO Box 33284
Raleigh, NC 27636-3284

Helmart Co. Inc.
4960 Hillside Ave.
Cincinnati, OH 45233-1621

Heritage Land Company, LLC
7265 Kenwood Rd., Suite 220
Cincinnati, OH 45236-4419

Hi-FLI Aviation Too, LLC
438 King Street, Third Floor
Charleston SC 29403-6230

Highland Creek Community Association,
Inc.
P.O. Box 11906
Charlotte, NC 28220-1906

Highland Creek Homeowners
Association
P.O. Box 11906
Charlotte, NC 28220-1906

Home Builders Association
of Charlotte
1850 East Third St. Suite 345
Charlotte, NC 28204-3299

Home Depo
PO Box 9121
Des Moines IA 50368-9121

Home Depot
P.O. Box 9055
Des Moines, IA 50368-9055

Home Depot
Dept. 32-2502613072
P.O. Box 9055
Des Moines, IA 50368-9055

Howard Barbour
1824 Sherron Rd
Durham, NC 27703-8883

Howard, Perry & Walston
5000 Falls of Neuse Rd.
Suite 100
Raleigh, NC 27609-5480

Hub International Scheer's
601 Oakmont Lane, Ste. 400
Westmont IL 60559-5570

Huff Realty
9380 Montgomery, OH 45242
Montgomery, OH 45242-7753

Hunter Innovations, Ltd.
P.O. 17105
Raleigh, NC 27619-7105

Hydra-Ject, Inc.
P.O. Box 863
West Chester, OH 45071-0863

IBP Asset, LLC
dba B-Organized Insulation
P.O. Box 680516
Charlotte, NC 28216-0009

ITC DeltaCom
P.O. Box 740597
Atlanta, GA 30374-0597

Indiana Oxygen Company
P. O. Box 78588
Indianapolis, IN 46278-0588

Insider Sports Marketing, LLC
20 Sydenham Rd.
Durham, NC 27713-7210

Insite Engineering & Surveying
8041 Corporate Center Drive
Suite 200
Charlotte, NC 28226-4553

Instant Replay Inc.
Attn: Managing Agent
1500 Sunday Drive
Raleigh,NC 27607-5151

Iredell County Tax Collector
c/o First Citizens Bank
P.O. Box 63030
Charlotte, NC 28263-3030

Iredell County Tax Collector
PO Box 1027
Statesville, NC 28687-1027

Iron Mountain
Records Management
P.O. Box 27128
New York, NY 10087-7128

J&S Custom Fence, Inc.
P.O. Box 15557
Wilmington, NC 28408-5557

J. F. Chang Construction, LLC
2941 Interstate St.
Charlotte, NC 28208-3607

J. P. Rosas Siding General Con
3408 Hursey St., Lot #74
Durham, NC 27703-4645

J.F Chang Construction, LLC
c/o Suk J. Chang
8922 Whittingham Dr.
Waxhaw, NC 28173-6582

J.S. Thompson Engineering
606 Wade Ave.
Raleigh, NC 27605-1237

JNA Interior Solutions
Arnold J. Fernadez Chaves
3536 Startown Rd.
Marden, NC 28650-8721

JP&M Enterprises, Inc.
d/b/a Ace Vinyl Siding
5609 Rushsprings Court
Raleigh, NC 27617-4626

Jackie Alford
102 Yale Lane
Chapel Hill, NC 27517-8091

Jacqueline Terrell
11 Brightfield Lane
Durham, NC 27712

Jaime Rivas Guardado
dba JRG Masonry
452 Vinnedge Ave
Fairfield, OH 45014-1649

James L. Pifer P.E.
PO Box 98062
Raleigh, NC 27624-8062

Jay & Janice Paradowski
1305 Cantlemere Street
Wake Forest, NC 27587-4668

Jean Thomas
PO Box 49674
Charlotte, NC 28277-0082

Jeffrey & Angela Cockman
817 Laurens Way
Knightdale, NC 27545-7881

Jeffries Backhoe
PO Box 15056
Durham, NC 27704-0056

Jenkins Electrical Contracting
7306 Old Gold Mine Road
Peachland, NC 28133-8712

Joe Flaviani
1512 Green Mountain
Wake Forrest NC 27587-6124

John Deere Landscapes
c/o Scott and Goldman, Inc.
590 W. Crossville Rd., Ste 104
Roswell, GA 30075-7512

John Deere Landscapes
PO Box 403005-30384-3005
Atlanta, GA 27615

John Deere National Sales
21748 Network Place
Chicago, IL 60673-1217

John Phelps-Land Surveyor
P.O. Box 30122
Raleigh, NC 27622-0122

Jones Landscaping
3205 Air Park Road
Fuquay-Varina, NC 27526-8516

Jones Landscaping
3204 Air Park Road
Fuquay Varina, NC 27526

Jones Landscaping & Maintenance, Inc.
Jordan Price Wall Gray Jones & Carlton
Post Office Box 10669
1951 Clark Avenue
Raleigh, NC 27605-1601

Jose Carmona
dba Jose Carmona Constructn Gr
1649 Cantebury Lane
Lebanon, OH 45036-8680

Joseph D. Flaviani
1512 Green Mountain Drive
Wake Forest, NC 27587-6124

Joyce H. Gregory dba
JOYCO
102 Futch Creek Road
Wilmington, NC 28411-9368

Juan Manuel Rosas Soto
2514 Preston Ave.
Durham, NC 27705-2150

Judy Vock
19458 Manchester Drive
Mokena IL 60448-7811

Keller Environmental
7921 Haymarket Lane
Raleigh, NC 27615-5445

Keller Williams Realty
7901 Strickland Rd
Raleigh, NC 27615-3189

Kennedy Office Supply
P.O. Box 58630
Raleigh, NC 27658-8630

Killingsworth Enviromental
206 Park Road East
Indian Trail, NC 28079-7615

Kilpatrick Stockton LLP
P.O. Box 945614
Atlanta, GA 30394-5614

Knights Baseball LLC
2280 Deerfield Drive
Fort Mill, SC 29715-6941

Kudla Enterprises, Inc.
dba HomeOwner HomeWork
8408 Wilsky Blvd., FL 33615

Lancaster Co. Natural Gas
P.O. 949
Lancaster, SC 29721-0949

Lancaster Co. Treasurer
P.O. Box 729
Lancaster, SC 29721-0729

Lancaster County Water and
Sewer District
P.O. Box 1009
Lancaster, SC 29721-1009

LandCraft Management, LLC
521 E. Morehead St., Suite 405
Charlotte, NC 28202-2631

Lawson Community Association, Inc.
Po Box 2591
Matthews, NC 28106-2591

Lightstyles' Inc.
P.O. Box 99
Cornelius, NC 28031-0099

Lincoln County Dept. of
Public Works
115 West Main Street
Lincolnton, NC 28092-2611

Lincoln County Tax Dept
P.O. Box 938
Lincolnton, NC 28093-0938

Locklear, Inc.
dba Locklear Roofing
2019 Production Drive, Ste 107
Apex, NC 27539-6356

Lowe's Food Stores, Inc.
Attn: Bonnie Southern
P.O. Box 24908
Winston-Salem, NC 27114-4908

Lynn Benton Grading
c/o Lynn Benton, Registered Agent
5923 Rushing Benton Road
Monroe, NC 28110-8202

M&I Marshall and Isley Bank
P.O. Box 3114
Milwaukee, WI 53201-3114

MASCO Builder Service Group, Inc.
d/b/a Pender & Pettus Insulating, Inc.
c/o Lisa P. Sumner - Poyner Spruill LLP
P. O. Box 1801
Raleigh, NC  27602-1801

MOVEABLE CUBICLE
6404 Falls Neuse Rd. Suite 200
Raleigh, NC 27615-6832

Mailbox Designs
1532 Lane Road
Mt. Holly, NC 28120-9035

Mailbox Express
8254-109 Market St.
Ste 104
Wilmington, NC 28411

Majestic Marble & Glass, INC
117 Franklin Park Dr.
Youngsville, NC 27596-9409

Mante Masonry, Inc.
105 Adlett Lane
Durham, NC 27703-7150

Mark W. Lippert Sr
dba Construction Services
7965 Hickory Hill Lane
Cincinnati, OH 45241-1363

Markraft Cabinets, Inc.
2210 Mercantile Dr.
Leland, NC 28451-4091

Marsh Creek LLC
dba Custom Signs
12223 Hampton Way Dr Suite 600
Wake Forest, NC 27587-6297

Masco Builder Cabinet Group
c/o Laura Petee-Chriscinkse
5353 W. U.S. Hwy. 223
Adrian, MI 49221-8901

Masco Builder Services Group, Inc.
dba Eastern Insulation
P.O. Box 15400
Durham, NC 27704-0400

Masco Builder Services Group, Inc. dba
Pende - c/o Paige C. Kurtz
Sprouse & Kurtz, PLLC
3109 Poplarwood Ct., Ste. 115
Raleigh, NC 27604-1043

Mayo Farms, Inc.
1373 HIGH PLAINS ROAD
Roxboro, NC 27574-7356

McKenna Construction
2129 Donny Brook Rd.
Raleigh, NC 27603-8863

McMahon's Professional
Detailing
PO Box 4084
Surf City, NC 28445-0050

Mecklenburg Co. Tax Collector
P.O. Box 71063
Charlotte, NC 28272-1063

Mecklenburg County
Tax Collector
P.O. Box 71063
Charlotte, NC 28272-1063

Mecklenburg County Land Use &
Environmental Services Agency
P.O. Box 70883  Dept 900
Charlotte, NC 28272-0883

Mercurion Systems, Inc.
P. O. Box 1515
Knightdale, NC 27545-1515

Merillat Industries, LLC
PO Box  77980
Detroit, MI 48227-7980

Merillat/Masco Cabinets
PO Box 77890
Detroit, MI 48227-7980

Merillat/Masco Cabinets
5353 W. U.S. 223
Adrian MI 49221-8901

Metro Air Conditioning,Inc.
517 Pylon Drive
Raleigh, NC 27606-1414

Meyer Four Bridges II, LLC
5917 Harrison Ave.
Cincinnati, OH 45248

Michael & Serena Tedder Jr.
1203 Chalk Level Rd.
Durham, NC 27704-8040

Michael D Prince
75 Royce Ct.
Wendell, NC 27591-8579

Michael Underwood & Associates
102 Cinema Drive, Suite C
Wilmington, NC 28403-1468

Michael Vazquez
Group Realtors
8280 Montgomery Road, Suite 306
Cincinnati, OH 45236-6101

Midway Services Utility
Billing Division
4685 118th Avenue North
Clearwater, FL 33762-4444

Millenium Construction
11101 Coachman Circle
Charlotte, NC 28277-9154

Miller Contracting Services
P.O. Box 2128
Indian Trail, NC 28079-2128

Mobile Mini, Inc.
P.O. Box 79149
Phoenix, AZ 85062-9149

MobileHWY
809 West Hill St.
Suite C
Charlotte, NC 28208-5343

MobileHWY
3033 Maple Drive, NE, Ste. C
Atlanta GA 30305-2621

Moisture Loc Inc
1425 Cressida Drive
Charlotte, NC 28210-5683

Moraine Materials
1400 Commerce Center Dr.
Franklin, OH 45005-7212

Morales Framing Company
8532 Brandon Mill Circle
Garner, NC 27529-9002

Morgan's Carpentry
628 Sloan Dr.
Cary, NC 27511-3568

Mr. Den DeVillers
Cashel Rock Investors
PO Box 2439
Matthews, NC 28106-2439

Multisource Home Electronics,
4816 Peter Place
Cincinnati, OH 45246-1037

NC State Athletics
Box 8501
Raleigh, NC 27695-0001

NNN One Northlake Place, LLC
9348 Paysphere Circle
Chicago, IL 60674-0093

NO SHORTS ELECTRIC
3300 Kellystone Dr.
Monroe, NC 28110-6302

Natorp's Inc.
Landscape Division
8601 Snider Road
Mason, OH 45040-9273

Net by Design
PO Box 5871
Cary, NC 27512-5871

NetJets Aviation Inc.
P.O. Box 933300
Atlanta, GA 31193-0001

NetJets Aviation Inc.
Attn: Tom Shedlock
4111 Bridgeway Avenue
Columbus, OH 43219-1882

New Hanover County
P.O. Box 580070
Charlotte, NC 28258-0070

New Hanover County Finance
230 Government Center Drive
Ste. 165
Wilmington, NC 28403-1732

New Hanover County Tax Office
PO Box 18000
Wilmington, NC 28406-7742

Nisbet Brower
11575 Reading Road
Cincinnati, OH 45241-2240

Nisbet, Inc. dba Nisbet Brower
c/o FSSP
2623 Erie Avenue
Cincinatti, OH 45208-2001

Norris Heating, Air &
Refrigeration, Inc.
P.O. Box 143
Stem, NC 27581-0143

Northampton Homeowners Assoc.
c/o PPM Inc.
P.O. Box 99657
Raleigh, NC 27624-9657

Norwake Contractor Services
P.O. Box 61337
Raleigh, NC 27661-1337

Oak Ridge Properties -
Porter's Neck
1051 Military Cutoff Road
Wilmington, NC 28405-3674

Oak Ridge Properties - Porters Neck
1051 Military Cutoff Rd.
Wilmington, NC 28405-3674

Oceanside Drywall
Timothy O'Donnell
135 Madison Drive
Selma, NC 27576-6492

Office Depot
PO Box 689020
Des Moines IA 50368-9121

Office Depot
P.O. Box 633211
Cincinnati, OH 45263-3211

Ohmann Aviation, Inc.
Attn: Bob Ohmann
7200-300 Falls of Neuse Road
Raleigh, NC 27615-5384

Ohmann Triad Investments, LLC
7200 Falls of Neuse Road, Suite 300
Raleigh, NC 27615-5384

Olde Stonegate HOA, Inc.
8041 Corporate Center Drive, Ste. 200
Charlotte NC 28226-4553

One Touch Communications, Inc
6120 St. Giles St., #250
Raleigh, NC 27612-7046

Onslow Co. Tax Collector
39 Tallman St.
Jacksonville, NC 28540-4846

PCM Construction Services, LLC
1400 Cresent Green Dr.
Suite 100
Cary, NC 27518-8118

PPM, Inc.
Attn: Brightleaf HOA
6739 Falls of Neuse Rd
Raleigh, NC 27615-5305

PSNC Energy
P.O. Box 100256
Columbia, SC 29202-3256

Palisades HOA
17030 Youngblood Road
Charlotte NC 28278-9020

Palisades Realty
14001 Grand Palisades Parkway
Charlotte, NC 28278-8437

Paul & Josephina Cedena
2405 Lazy River Drive
Raleigh, NC 27610-5375

Paulette Turner
3 Buckhead Ct.
Durham, NC 27703-9423

Paulette Turner
10300 Laurel Coach Lane #305
Raleigh, NC 27617-6255

Pender & Pettus Insulating Inc.
4804 East Fork Lane
Monroe, NC 28110-0437

Perfect Additions Construction Inc.
P.O. Box 1295
Matthews, NC 28106-1295

Phoenix Window Fashions
619 Chabils Way
Wilmington, NC 28411-8754

Piedmont Mailpost Systems, LLC
P.O. Box 390
Trinity, NC 27370-0390

Piedmont Natural Gas Co.
PO Box 533500
Atlanta, GA 30353-3500

Piedmont Natural Gas Company
4339 S. Tryon Street
Attn: CBO/Bankruptcy
Charlotte, NC 28217-1733

Porta-Jon of the Piedmont, Inc
212 Bulb Ave.
Gastonia, NC 28052-1800

Portable Sanitation & Service
P.O. Box 355
Wilson's Mills, NC 27593-0355

Portajohn of Piedmont, LLC
212 Bulb Avenue
Gastonia, NC 28052-1800

Porters Neck Ventures LLC
Po Box 17566
Raleigh, NC 27619-7566

Post & Pickets LTD
215 Tyron Rd
Raleigh, NC 27603-3527

Premier Irrigation, Inc.
Derek Bunn
P. O. Box 10092
Wilmington, NC 28404-0092

Pressure Werks Inc.
P.O. Box 680325
Charlotte, NC 28216-0006

Progress Energy Carolinas, Inc
P.O. Box 2041
Raleigh, NC 27602-2041

Progressive, Inc.
P.O. Box 358
Bowling Green, SC 29703-0358

Prudential Burroughs &
Chapin Realty, Inc.
1427 Military Cutoff, Ste. 201
Wilmington NC 28403-3759

Public Storage (08470)
6220 Creedmoor Rd.
Raleigh, NC 27612-6706

Purologix Water Services, Inc.
PO Box 1505
Holly Springs NC 27540-1505

Puryear Aircraft Leasing, LLC
12317 Birchfall Drive
Raleigh, NC 27614-7901

Quality Bath Repair
626 Lewis Ave
Milford, OH 45150-1167

Queen City Lawn Care
8050 Beckett Center Drive
Suite 129
West Chester, OH 45069-5020

R. Stephen Pace
Pace/Dowd Properties, Ltd
6719 C Fairview Rd.
Charlotte, NC 28210-3880

RBC Bank - Builder Finance
P.O. Drawer 421369
Houston, TX 77242-1369

RBC Industries, Inc.
1040 Corporation Parkway, Ste., 111
Raleigh, NC 27610

Raincatchers, Inc.
861 Old Knight Rd.
Suite 108 & 109
Knightdale, NC 27545-7803

Raleigh Contractor Sales, Inc
2011 Raleigh Blvd.
Suite 103
Raleigh, NC 27604-2262

Raleigh Lanehart Electric Co.
2411 Riverhill Rd.
Irving, TX 75061-8909

Raleigh Office Supply
PO Box 2060
Raleigh, NC 27602-2060

Raleigh Plumbing & Heating, Inc.
c/o Timothy Gunther, Atty.
PO Box 185
Raleigh, NC 27602-0185

Raleigh Plumbing & Heating,Inc
5060 Trademark Dr.
Raleigh, NC 27610-3054

Ramey Kemp & Associates Inc
5808 Faringon Pl Ste 100
Raleigh, NC 27609-3930

Ramey Kemp & Associates, Inc.
5808 Faringdon Place, Suite 100
Raleigh, NC   27609-3930

Raney Vann Pickard
Atlantic Coast Guttering
908 S. 5th Street
Carolina Beach, NC 28428-5262

Readilite & Barricade, Inc.
PO Box 58280
Raleigh, NC 27658-8280

Ready Mixed Concrete Co.
PO Box 65303
Charlotte, NC 28265-0303

Real Estate Services Team
9313-B Monroe Road
Charlotte NC 28270-1477

Realty Trendz
c/o Angie Huminick
11535 Carmel Commons Blvd., Ste. 101
Charlotte NC 28226-5314

Reassure America Life Ins. Co
P.O. Box 19099
Newark, NJ 07195-0099

Regional Bank
Commercial Loan Processing, Ctr.
PO Box 11407
Birmingham AL 35246-0045

Regions Bank
Commercial Loan Processing Ctr
3700 Glenwood Avenue
Birmingham, AL 35246-0001

Renaissance Holding, LLC
3301 Benson Drive, Suite 501
Raleigh, NC 27609-7338

Rent-A-Husband
Jerry Davis
1693 Fern Hollow Drive
Franklinton NC 27525-9756

Rhein Highland Creek, LLC
5200 Seventy Seven
Center Drive #141
Charlotte, NC 28217

Rhein Interests
7400 Carmel Executive Park Suite 205
Charlotte, NC 28226-8415

Rhein Interests of Raleigh, LLC
5200 77 Center Drive
Suite 141
Charlotte, NC 28217-0703

Richard & Nicole Engel
11910 Allforth Lane, Apt. #2304
Charlotte, NC 28277-4094

Richard W. Moore
3716 National Drive, Suite 100
Raleigh, NC 27612-4863

Richard and Pamela Murphy
16024 Kirsten Nicole Rd
Charlotte, NC 28278-7647

Richard and Pamela Murphy
14332 Crown Harbor Drive
Charlotte, NC 28278-7371

Richmond Hills HOA, Inc.
C/O CAMS
1630 Military Cutoff Rd. #108
Wilmington, NC 28403-5719

Richmond Hills Residential
Partners, LLC
3317 Masonboro Loop Rd., Suite 150
Wilmington, NC 28409-2970

Rieman & Arszman Custom
Distributors, Inc.
9190 Seward Road
Fairfield, OH 45014-5406

Riemeier Lumber Co.
P.O. Box 692042
Cincinnati, OH 45269-2042

Rite Rug Company
c/o Fifth Thrid Bank
P.O. Box 634478
Cincinnati, OH 45263-4478

Robert & Carolyn Thomas
3213 Planet Drive
Raleigh, NC 27604-3903

Robert C. Rhein Interests, Inc.
7265 Kenwood Rd., Ste. 2200
Cincinnati OH 45236-4400

Robert C. Rhein Interests, Inc.
7 Corporate Center Ct.
Greensboro, NC 27408-3878

Robin Hardie Hood
304 Sun Dried Court
Durham, NC 27704-2283

Roger & Teresa Carrier
dba City Wide Seed & Sod
P.O. Box 13517
Hamilton, OH 45013-0517

Rugworks Coastal, LLC
1326 Castle Hayne Road
Wilmington, NC 28401-8887

Rugworks, LLC
5325 Lumley Road
Durham, NC 27703-5893

Rumpke of Ohio, Inc.
10795 Hughes Road
Cincinnati, OH 45251-4598

Ruston Paving Co. Inc.
c/o Ethan J. Fleischer
P.O. Box 2917
Durham, NC 27715-2917

S&B Portable Toliets Inc.
PO Box 8
Bolivia, NC 28422-0008

S. T. Wooten Corporation
P.O. Box 2408
Wilson, NC 27894-2408

S.T. Perry & Sons
Landscaping, Inc.
2645 Jack Mitchell Rd.
Zebulon, NC 27597-8465

STERLING CLEANING SYSTEMS
208 PINE RIDGE CT.
WAKE FOREST, NC 27587-9764

Samuel & Linda Watts
4235 Castle Hayne Road
Castle Hayne, NC 28429-5213

Santos Acosta
P.O. Box 2335
Huntersville, NC 28070-2335

Scenic Homes
7401 Carmel Executive Park
Suite 100
Charlotte, NC 28226-4219

Schill Concrete Finishing, Inc.
Charles E. Lyons
301 South McDowell Street, Suite 410
Charlotte, NC 28204-2681

Schill Concrete Finishing, Inc.
400 Gatewood Lane
Matthews, NC 28104-7388

Schum & Sons Plumbing, Inc.
3296 New Year Dr.
Cincinnati, OH 45251-1109

Scott E. Lett Associates
1005 Meadowlake Lane
Waxhaw, NC 28173-8528

Scotts Hill Hardware & Supply
8712 Market Street
Wilmington, NC 28411-7974

Secretary of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, DC 20220-0001

Securities & Exchange Commission
Branch Reorganization
Suite 1000, 3475 Lennox Rd., N.E.
Atlanta, GA 30326-3235

Security Net, Inc.
600 Towne Center Blvd.
Suite 403
Pineville, NC 28134-8475

Service Plumbing of Charlotte
P.O. Box 1480
Charlotte, NC 28031-1480

Settle Builders Supply Co.
4734 Whetsel Avenue
OH 45227-2394

Shameka Spruil
607 Poplar St.
Durham, NC 27703-9439

Shane Hancock
2608 Sapling Circle
Wilmington, NC 28411-6110

Shepard Partners, LLC
Po Box 17566
Raleigh, NC 27619-7566

Shephard Partners, LLC
3301 Benson Drive, Suite 525
Raleigh, NC 27609-7362

Sherwin-Williams
1058 Reading Road
Mason, OH 45040-1399

Sherwin-Williams Co., Inc.
P. O. Box 12251
Durham, NC 27709-2251

Sign It!!
7200 Birchbark Court
Raleigh, NC 27615-5303

Signs By Tomorrow
Ryan Blacher
343-C Western Blvd
Jacksonville, NC 28546-6344

Signs Etc.
Attn: Sherry Brower
4040 South Blvd
Charlotte, NC 28209-2617

Soil & Environmental Consult.
11010 Raven Ridge Rd.
Raleigh, NC 27614-8837

Sonitrol Security Systems of
the Triangle
901 Paverstone Drive
Raleigh, NC 27615-4710

Southeastern Marble & Granite
2725 Old Wrightsboro Rd.
Building 11 Unit 4
Wilmington, NC 28405-8066

Southern Engineers, P.A.
3716 Benson Drive
Raleigh, NC 27609-7321

Southern Plumbing Co Inc
613 Stallings Rd
Matthews, NC 28104-5055

Southern Staircase Inc.
P.O. Box 536899
Atlanta, GA 30353-6899

Southern Staircase of NC, Inc.
1108-O Continental Blvd
Charlotte, NC 28273-6485

Southern Woodcraft & Design,
c/o Michael Drew
1082 Henry Huff Rd.
Oxford, NC 27565

Special Wood Inc.
PO Box 97
Castle Hayne, NC 28429-0097

Speicher's Inspection Service
729 Community Garden Road
Raleigh, NC 27603-9582

Sportsman's World Inc.
P.O. Box 207
Goldsboro, NC 27533-0207

Spring Customer Service
Attn: Managing Agent
P. O. Box 11906
London, KY  40742

Springhill HOA
P.O. Box 99657
Raleigh, NC 27624-9657

St. Lawrence Homes, Inc.
7200 Falls of the Neuse Road
Raleigh, NC 27615-5384

Stanislav Studeny
dba Stanle's  Installation
5918 Sycamore Hill Lan Box 103
Charlotte, NC 28277-4564

Star Cleaning
Keith W. Gass
349 Goodman Road
Concord, NC 28027-9520

Stefano & Christine DiGioli
24 Hampton Road
Massapequa, NY 11758-1717

Stefano & Christine DiGriogli
13 Prade Lane
Massapequa Park NY 11762-1922

Steve and Debbie Acord
3101 NORFLEET CIRCLE
RALEIGH, NC 27604-3527

Steven Schaefer Associates Inc
10411 Medallion Dr.
Ste. 121
Cincinnati, OH 45241-4808

Stock Building Supply, Inc.
c/o Nan E. Hannah, Attorney
1720 Hillsborough St, Ste 200
Raleigh, NC 27605-1657

Stonegate Property Management, Inc.
4793 Beechwood Farms Drive
Cincinnati OH 45244-1278

Structural Integrity
Engineering, PA
16607 Riverstone Way Ste 200
Charlotte, NC 28277-5750

Suburban Propane
430 Landmark Drive
Wilmington, NC 28412-6336

Summit ECS, Inc.
Post Office Box 7384
Charlotte, NC 28241-7384

Summit Land Surveying Co.
Park 21 Business Park
18525 Statesville Road Suite D
Cornelius, NC 28031-5706

Sun Trust Bank
PO Box 761250
Baltimore MD 21279-1250

SunTrust Bank
Credit Card Account
PO Box 4928
Orlando FL 32802-4928

SunTrust Equipment Finance &
Leasing Corp.
P.O. Box 79503
Baltimore, MD 21279-0503

SunTrust Equipment Finance & Leasing Corp.
c/o Kenneth B. Oettinger, Jr.
Womble Carlyle Sandridge & Rice, PLLC
301 S. College Street, Suite 3500
Charlotte, NC 28202-6050

SunTrust Equipment Finance & Leasing
Corp.
Attn: Managing Agent
PO Box 79503
Baltimore, MD 21279-0503

SunTrust Equipment Financing and Leasing Cor
Williams Mullen
Holmes P. Harden
P. O. Drawer 19764
Raleigh, NC  27619-9764

Suntrust Bank
8521 Six Forks Road, Ste. 250
Raleigh, NC 27615-5297

Suntrust Bank
13341 New Falls of Neuse Road
Raleigh NC 27614-7079

Surface Specialists of
Southeastern North Caroln, Inc
74 Combine Lane
Leland, NC 28451-9650

Surface Specialists of
Charlotte Inc.
621-E Stallings Road
Matthews, NC 28104-8157

Systel Business Equipment
Ref No. 000000000485790
P. O. Box 41601
Phila, PA 19101-1601

Systel Business Equipment
PO Box 35870
Fayetteville, NC 28303-0870

Systel, Inc.
P.O. Box 41601
Philadelphia, PA 19101-1601

T & S Jewell, Inc
dba Overhead Door of Wilmingto
P.O. Box 12001
Wilmington, NC 28405-0100

T & S Jewell, Inc.
dba Overhead Door Co of Wilmington
2914 Orville Wright Way
Wilmington, NC 28405-8635

T.W. Lewis Electric, Inc.
1157 N. Kerr Avenue
Wilmington, NC 28405-2219

TCI, LLC of Raleigh
Pro Line Hardware
3200 Wellington Ct #115
Raleigh, NC 27615-4135

THE COUNTERTOP FACTORY INC.
KEN VINCITORIO
6009 Triangle Dr.
RALEIGH, NC 27617-4744

TW Telecom Inc.
10475 Park Meadows Drive
Littleton, CO 80124-5433

TerraTech
4905 Professional Ct.
Raleigh, NC 27609-4913

Terrance & Patricia McCumbee
703 Chablis Way
Wilmington NC 28411-9812

The Alternative
The Alternative Mailing & Shipping Solut
335 Sherwee Dr.
Suite 111
Raleigh, NC  27603-3510

The Beaver Company
P.O. Box 1276
Gastonia, NC 28053-1276

The Brickman Group Ltd. LLC
11060 Deerfield Road
Cincinnati, OH 45242-4112

The CIT Group/EF
P. O. Box 30731
New York, NY 10087-0731

The Davey Tree Expert Co.
P.O. Box 94532
Cleveland, OH 44101-4532

The Durham Bulls Baseball Club, Inc.
c/o Patsy A. Cook, Attorney
P.O. Box 19866
Raleigh, NC 27619-9866

The Home Center
1021 Classic Road
Apex, NC 27539-4402

The John A. Becker Company
Becker Electric Supply
P.O. Box 931115
Cleveland, OH 44193-0004

The Law Office of John Benjamin
712 W. North Street
Raleigh NC 27603-1419

The Magna Group
208 Harritown Road
Glen Rock NJ 07452-3349

The News & Observer
Classified Account Receivables
P.O. Box 2885
Raleigh, NC 27602-2885

The Palisades Master HOA
Association Inc.
5200 77 Center Drive Suite 141
Charlotte, NC 28217-0703

The Wellesley Homeowners Association,
Inc.
P.O. Box 11906
Charlotte, NC 28220-1906

TierOne Bank
P.O. Box 2369
Omaha, NE 68103-2369

TierOne Bank
Commercial Loan Servicing
1235 "N" Street
Lincoln, NE 68508-2008

TierOne Bank
c/o Walter W. Pitt, Jr., Esq.
Daniel C. Bruton, Esq.
Bell, Davis & Pitt, P.A.
P.O. Box 21029
Winston-Salem, NC 27120-1029

Time Warner Cable
P.O. Box 740201
Cincinnati, OH 45274-0201

Time Warner Cable
P.O. Box 70873
Charlotte, NC 28272-0873

Time Warner Cable
P. O. Box 70874
Charlotte, NC 28272-0874

Time Warner Cable
P. O. Box 70872
Charlotte, NC 28272-0872

Time Warner Cable
101 Innovation Ave
Suite 100
Morrisville, NC 27560-8586

Toledo Construction, LLC
P.O. Box 13882
Durham, NC 27709-3882

Tony Creech, Inc.
12483 NC 39
Zebulon, NC 27597-0630

Total Maintenance, Inc.
1847 US Hwy 421 N
Wilmington, NC 28401-2578

Town of Cary
PO Box 8049
Cary, NC 27512-8049

Town of Fuquay-Varina
401 Old Honeycutt Road
Fuquay-Varina, NC 27526-9307

Town of Mooresville
Po Box 878
Mooresville, NC 28115-0878

Town of Mooresville
PO Box 601241
Charlotte, NC 28260-1241

Town of Waxhaw
P.O. Box 890925
Charlotte, NC 28289-0925

Trademark Seamless Gutter Co.
Sean Honeycutt
110 Tradition Trail
Holly Springs, NC 27540-7045

Tri-City Contractors, Inc.
PO Box 90519
Raleigh, NC 27675-0519

TriSure Corporation
4325 Lake Boone Trail
Suite 200
Raleigh, NC 27607-7510

Triangle Brick Co.
6523 NC Hwy 55
Durham, NC 27713-9436

Triangle Materials, Inc.
c/o Connie E. Carrigan
PO Box 26268
Raleigh NC 27611-6268

Triangle Materials, Inc.
P.O. Box 370
Cary, NC 27512-0370

Triangle Wood Works, Inc.
7608 Fullard Drive
Wake Forest, NC 27587-6697

Turner Backhoe Service, Inc.
c/o Melvin Turner
2700 Amhurst st.
Garner NC 27529

U. S. Bankruptcy Court
1760 A Parkwood Blvd.
Wilson, NC 27893-3588

USA Concrete
50 Hidden Oaks Drive
Chapel Hill, NC 27517-9306

USA Concrete, Inc.
c/o Brian Darer
Parker Poe Adams & Bernstein LLP
150 Fayetteville Street, Suite 1400
Raleigh, NC 27601-2956

USA Mobility
P.O. Box 660770
Dallas, TX 75266-0770

Underhill Cleaning Service
PO Box 46253
Raleigh, NC 27620-6253

Union County
P.O. Box 580365
Charlotte, NC 28258-0365

Union County Home Builders
Association
2560 W. Roosevelt Blvd Ste A
Monroe, NC 28110-8673

Union County Tax Collector
P.O. Box 580365
Charlotte, NC 28258-0365

Union Cty Public Works
500 N. Main Street
Suite 500
Monroe, NC 28112-4730

Union Power Cooperative
Dept.37982
P.O. Box 70819
Charlotte, NC 28272-0819

United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Universal Forest Products
Eastern Division, Inc.
2801 East Beltline Ave, NE
Grand Rapids, MI 49525-9680

University Catering
NC State University
P.O. Box 7307
Raleigh, NC 27695-0001

V & D Enterprise
PO Box 1386
Wake Forest, NC 27588-1386

Verizon South
AFNI/Verizon
404 Brock Drive
Bloomington, IL 61701-2654

Verizon South
P.O. Box 920041
Dallas, TX 75392-0041

Victory Development
224 Highland Forest Drive
Charlotte, NC 28270-0850

Victory Development Group, Inc.
224 Highland Forest Drive
Charlotte, NC 28270-0850

Vincent A. & Claire P. Hudzinski
1607 Autumn Ridge Drive
Durham, NC 27712-2684

Virginia P. Cotton
820 Penncross Drive
Raleigh, NC 27610-2183

Voice Exchange / Multilink
15110 Draper Road
Houston, TX 77014-1414

Wachovia Bank
Commercial Loan Services
P.O. Box 2715
Winston Salem, NC 27102-2715

Wachovia Bank, National Association
c/o Terri L. Gardner, Attorney
PO Box 30519
Raleigh, NC 27622-0519

Wake County Dept of Revenue
P.O. Box 96084
Charlotte, NC 28296-0084

Wake County Revenue Department
Post Office Box 550
Raleigh, NC 27602-0550

Wake County Revenue Dept.
P.O. Box 2331
Raleigh, NC 27602-2331

Wake Electric Membership Corp
P.O. Box 700
Hillsborough, NC 27278-0700

Wake Electric Membership Corp
PO Box 1229
Wake Forest, NC 27588-1229

Wake Stone Corp.
PO Box 190
Knightdale, NC 27545-0190

Wallace & Pittman
The Esplanade Buildng Ste 100-
2101 Rexford Road
Charlotte, NC 28211-3477

Watson Electrical Construction
PO BOX 3105
WILSON, NC 27895-3105

Watson Electrical Construction Co. LLC
c/o Vann & Sheridan, LLP
PO Box 2445
Raleigh, NC 27602-2445

Wayne-Dalton Corp.
c/o Atty. Jason N. Bing
PO Box 2985
North Canton, OH 44720-0985

Weather Master Heating & Air
Conditioning Co
c/o Howard, Stallings, From & Hutson, PA
PO Box 12347
Raleigh, NC 27605-2347

Weather Master Heating & Air Conditioning Co
Attn:  Philip W. Paine, Esq.
Howard, Stallings, From & Hutson, P.A.
PO Box 12347
Raleigh, NC 27605-2347

Weather Master Htg & Air, Inc
305 Village Drive
Knightdale, NC 27545-9673

Wellesley HOA
By Hawthorne Management Co., Inc.
Attn: Managing Agent
PO Box 11906
Charlotte, NC 28220-1906

Wesley Oaks HOA, Inc.
care of cedar Management Group
Charlotte NC 28211

West Contracting, Inc.
Attn: Cheryl Kelly, Office Manager
PO Box 310
Marble, NC 28905-0310

Westport Lakeside No, 3 LLC
PO Box 9007
Greensboro, NC 27429-0007

White Partners, LLC
PO Box 17566
Raleigh, NC 27619-7566

Whitley Metal, Inc.
671 Mt. Pleasant Rd.
Willow Springs, NC 27592-8899

Wilkison Partners Brightleaf
2003 Copperlake Parkway
Durham, NC 27703-7707

William & Altmease Stephens
5206 Iverness Drive
Durham, NC 27712-1816

William & Christine Orton
11 Oak Court
Hilton Head Island, SC 29928-3096

Williams Scotsman, Inc
P.O. Box 91975
Chicago, IL 60693-1975

Willie & Ujeana Pearson
5705 Sherrif Place East
Raleigh, NC 27610-5474

Willis Heating & Air Condition
756 Old State Rt 74
Cincinnati, OH 45245-1282

Willow Spring Power Wash, Inc
1824 Willow Spring St.
Willow Spring, NC 27592-9505

Windstream
P.O. Box 9001908
Louisville, KY 40290-1908

Winston & Barbara Bartholomew
1100 Virginia Water Drive
Rolesville, NC 27571-9212

Womble Carlyle Sandridge&Rice
One West Fourth Street
Winston-Salem, NC 27101-3818

Woody Allen
Huff Realty
9380 Montgomery Road
Montgomery, OH 45242-7753

World Stone Fabricators
2300 Distribution Street
Charlotte, NC 28203-5024

Worner Concrete & Grading, Inc.
7416 Old Bunch Rd
Wendell, NC 27591-8204

Wrights Building Specialties
P.O. BOX 14028
Raleigh, NC 27620-4028

Yang-Sun d/b/a Gen Construction Co.
3501 Oates Drive
Raleigh, NC 27604-3734

Yellow Dot, Inc.
& Yellow Dot H & AC
1203 New Hope Rd.
Raleigh, NC 27610-1413

Yellow Dot, Inc.
c/o Jordan Price Wall Gray Jones & Carlt
Attn: Brian S. Edlin
Post Office Box 10669
Raleigh, NC 27605-0669

Yokelet, LLC
130 Heritage Blvd.
Fort Mill, SC 29715-6969

tw telecom
P.O. Box 172567
Denver, CO 80217-2567

tw telecom inc.
Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO 80124-5454