**SO ORDERED.**

**SIGNED this 21 day of August, 2009.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| ST. LAWRENCE HOMES, INC., | CASE NO. 09-00775-8-ATS |
| Debtor. | |

**ORDER AUTHORIZING SALE FREE AND CLEAR OF LIENS AND
EMPLOYMENT AND COMPENSATION OF AUCTIONEER**

This matter came before the Court upon the Motion by Debtor for Authority to Sell Excess Personal Property Free and Clear of Liens and to Employ and Compensate Auctioneer ("Motion") seeking authority for the Debtor to sell its excess personal property, more particularly described in the Motion, free and clear of liens, and to employ and compensate Raleigh Action & Estate Sales for that purpose, and it appearing that the auctioneer has no interest adverse to this estate, that the auctioneer will be paid auctioneer commission at the rate set out in the Motion, good cause exists for the employment of Raleigh Auction & Estate Sales and that said sale and employment is in the best interest of the Debtor, its creditors and the estate, it is hereby

ORDERED, ADJUDGED AND DECREED that the Debtor be and hereby is authorized to 1) sell the Excess Personal Property described in the Motion free and clear of liens at a public auction to be arranged by Raleigh Auction & Estate Sales in accordance with the Auctioneer Agreement, and 2) execute the Auctioneer Agreement and employ and compensate Raleigh Auction & Estate Sales in accordance with such agreement.

End of Document