UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| ST. LAWRENCE HOMES, INC. | ) | Case No. 09-00775-8-ATS |
| Debtor. | ) | |
| | ) | |

## NOTICE OF TRANSFER OF AND ASSIGNMENT OF CLAIMS AND WAIVER OF NOTICE

Pursuant to 11 U.S.C. § 1111 and Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, notice is hereby given that the claims of USA Concrete, Inc. ("USA Concrete") listed in the Proofs of Claim filed by USA Concrete in these proceedings and more specifically identified below (the "Claims") have been unconditionally transferred and assigned by USA Concrete to S.T. Wooten Corporation ("S.T. Wooten") in exchange for settlement of claims against USA Concrete by Settlement Agreement executed on or about ~~September~~ *October* 23, 2009.

| | | | |
|---|---|---|---|
| Claim No. 76 | $3,001.47 | Claim No. 85 | $14,758.65 |
| Claim No. 77 | $11,716.95 | Claim No. 86 | $12,433.50 |
| Claim No. 78 | $10,170.70 | Claim No. 87 | $11,758.66 |
| Claim No. 79 | $11,458.65 | Claim No. 88 | $8,047.80 |
| Claim No. 80 | $324.00 | Claim No. 89 | $2,647.30 |
| Claim No. 81 | $324.00 | Claim No. 90 | $7,347.80 |
| Claim No. 82 | $9,984.00 | Claim No. 91 | $10,240.00 |
| Claim No. 84 | $150.00 | | |

Payments on the Claims should henceforth be made to:

S.T. Wooten Corporation
c/o Smith Debnam Narron Drake Saintsing & Myers, LLP
Attn: Byron L. Saintsing
P.O. Drawer 26268
Raleigh, NC 27611-6268

USA Concrete specifically waives notice of the transfer and hearing required by Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, and authorizes the Clerk of Court to change the address in the Claims Register to that of S.T. Wooten listed above. USA Concrete requests that any distribution be made payable to S.T. Wooten and mailed to the address of S.T. Wooten as listed above.

This is the __ of September, 2009.

/s/

Byron L. Saintsing
N.C. Bar No. 16035
Smith Debnam Narron Drake Saintsing &
Myers, LLP
Post Office Box 26268
Raleigh, North Carolina 27611
*Attorney for S.T. Wooten Corporation*

/s/ Brian Darer

Brian D. Darer
N.C. Bar No. 25383
Parker Poe Adams & Bernstein, LLP
150 Fayetteville St., Suite 1400
P.O. Box 389
Raleigh, NC 27602
*Attorney for USA Concrete, Inc.*